IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN AND TRISH ISABELLA | : |
| v. | : Case No. 10-cv-580 (DNH/GHL) |
| BSH HOME APPLIANCES CORPORATION | : |

## STIPULATION

It is hereby Stipulated by and between plaintiffs, John and Trish Isabella and defendant, BSH Home Appliances Corporation that all allegations are hereby withdrawn without prejudice. It is also agreed that the purported class representative plaintiffs' complaint is hereby DISMISSED without prejudice. No party hereto is an infant or incompetent. Each side shall bear its own costs.

_____
Daniel C. Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Elmer Robert Keach, III, Esquire
LAW OFFICES OF ELMER ROBERT KEACH, III, PC
1040 Riverfront Center
Post Office Box 70
Amsterdam, NY 12010

*Counsel for Plaintiffs*

_____
Anthony D. Gill, Esquire
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Defendant*

By the Court:

_____
J.